Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−19539−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christina Ann Wodazak
   237 Asbury Road
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−3158

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/16/22
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 14, 2021
JAN: eag

                                         Jeanne Naughton
                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 21-19539-JNP
Christina Ann Wodazak                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                  Page 1 of 3
Date Rcvd: Dec 14, 2021                 Form ID: 132                                Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Ann Wodazak, 237 Asbury Road, Egg Harbor Township, NJ 08234-7119 |
| 519459096 | + | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519459097 | | Bank of America, 4060 Ogletown Stanton Rd., Newark, DE 19713 |
| 519459098 | + | Bank of America, 100 N. Tryon St., Charlotte, NC 28202-4024 |
| 519459099 | | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519459101 | | Capital One/Walmart, PO Box 4069, Carol Stream, IL 60197-4069 |
| 519459102 | | Carters Credit Card Comenity Capital Bank, PO Box 650113, Dallas, TX 75265-0113 |
| 519459106 | | Comenity Bank Carters Credit Card PO Box 1821, 3075 Loyalty Cir., Columbus, OH 43219-3673 |
| 519459116 | + | ISN Corporation, Attention Secretary Held, 2000 N. Classen Blvd, Ste. 3200, Oklahoma City, OK 73106-6034 |
| 519459121 | | New Jersey HealthcareSpec,PC, PO Box 412138, Boston, MA 02241-2138 |
| 519459124 | | Orlando, FL 32896-5004, Prosper Funding LLC, 2210 Main Street, Ste 300, San Francisco, CA 94105 |
| 519459125 | | Prosper Marketplace, Inc., 221 Main Street, Ste. 300, San Francisco, CA 94105-1909 |
| 519459127 | + | Rausch Sturm LLP Paul John Klemm, Esq., 250 North Sunnyslope Road, Ste 300, Brookfield, WI 53005-4824 |
| 519459128 | | Sears Credit Cards-Citi, PO Box 70604, Philadelphia, PA 19176-0604 |
| 519459137 | + | Toyota Motor Credit, PO Box 105386, Atlanta, GA 30348-5386 |
| 519459138 | + | Upstart Loans, Upstart Pass Through Trust Series 2021-S, PO Box 1503, San Carlos, CA 94070-7503 |
| 519459139 | | Upstart/Finewise Bank, 2950 S. Delaware St., San Mateo, CA 94403-2577 |
| 519459140 | | Wawa Credit Card, PO Box 9001101, Louisville, KY 40290-1101 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519459105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2021 20:52:27 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519459100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519459107 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 20:34:00 | Comenity Bank/Talbots Bankruptcy Department, PO Box 182225, Columbus, OH 43218-2125 |
| 519459108 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 20:34:00 | Comenity Capital Carter, PO Box 1821, 3075 Loyalty Cir., Columbus, OH 43219-3673 |
| 519459109 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2021 20:52:24 | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519459110 | | Email/Text: mrdiscen@discover.com | Dec 14 2021 20:34:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 519459111 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 14 2021 20:34:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |

Case 21-19539-JNP    Doc 8    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 132 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| 519459112 | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 14 2021 20:34:00 | Indigo Celtic Bank, PO Box 44 99, Beaverton, OR 97076-4499 |
| 519459113 | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 14 2021 20:34:00 | Indigo Mastercard, Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 519459115 + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2021 20:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519459103 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2021 20:52:38 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 519459104 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2021 20:52:38 | Chase Freedom, PO Box 155458, Wilmington, DE 19886-5548 |
| 519459117 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2021 20:52:31 | JPMCB, 301 N. Walnut Street, Fl. 9, Wilmington, DE 19801-3971 |
| 519459118 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2021 20:52:22 | JPMCB Card Services, 301 N. Walnut Street, Fl. 9, Wilmington, DE 19801-3971 |
| 519459119 + | Email/Text: PBNCNotifications@peritusservices.com | Dec 14 2021 20:34:00 | KOHLS/Capital One, PO Box 3084, Milwaukee, WI 53201-3084 |
| 519459120 + | Email/Text: Documentfiling@lciinc.com | Dec 14 2021 20:34:00 | Lending Club, 595 Market Street, Ste. 200, San Francisco, CA 94105-2807 |
| 519459122 | Email/Text: recovery@paypal.com | Dec 14 2021 20:34:00 | Paypal, PO Box 45950, Omaha, NE 68145-0950 |
| 519459126 | Email/Text: bankruptcyteam@quickenloans.com | Dec 14 2021 20:34:00 | Quicken Loans, Inc., Quicken Rocket Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 519459130 + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:30 | SYNCB/Amazon PLCC, PO Box 960013, Orlando, FL 32896-0013 |
| 519459131 | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:31 | SYNCB/JC Penneys, 4125 Winward Plz, Alpharetta, GA 30005-8738 |
| 519459133 + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:38 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519459132 | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:31 | SYNCB/PayPal Credit Card, 4125 Winward Plz, Alpharetta, GA 30005-8738 |
| 519459134 + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:38 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 519459135 + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:30 | SYNCB/TJX COS DC, PO Box 965015, Orlando, FL 32896-5015 |
| 519459129 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2021 20:52:28 | Sears/CBNA, PO Box 64 97, Sioux Falls, SD 57117-6497 |
| 519460385 + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519459136 | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:38 | TJX Rewards/SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 519459137 + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 14 2021 20:34:00 | Toyota Motor Credit, PO Box 105386, Atlanta, GA 30348-5386 |
| 519459141 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2021 20:52:42 | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519459123 | | PayPal, c/o Synchrony Bank, PO Box 965004 |
| 519459114 | *+ | Indigo- Celtic Bank, PO Box 44 99, Beaverton, OR 97076-4499 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rhonda E. Greenblatt | on behalf of Debtor Christina Ann Wodazak regrose64@yahoo.com greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3