Certificate Number: 05781-NJ-DE-036358596

Bankruptcy Case Number: 21-19539

05781-NJ-DE-036358596

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2022, at 11:06 o'clock AM PST, Christina Wodazak completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: February 27, 2022

By: /s/Allison M Geving

Name: Allison M Geving

Title: President