RESURGENT
Capital Services

IN THE UNITED STATES BANKRUPTCY COURT
NEW JERSEY

IN PROCEEDINGS:
21-19539

DEBTOR(S):
CHRISTINA ANN WODAZAK

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 11 IN THE AMOUNT OF $2,396.83

CREDITOR'S SIGNATURE:
/s/ Julia Doan

CREDITOR CONTACT INFO:
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
4/7/2022