Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−19539−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christina Ann Wodazak
237 Asbury Road
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−3158

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 7, 2022.

Dated: April 7, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-19539-JNP
Christina Ann Wodazak Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 4
Date Rcvd: Apr 07, 2022 Form ID: plncf13 Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Ann Wodazak, 237 Asbury Road, Egg Harbor Township, NJ 08234-7119 |
| 519459097 | | Bank of America, 4060 Ogletown Stanton Rd., Newark, DE 19713 |
| 519459098 | + | Bank of America, 100 N. Tryon St., Charlotte, NC 28202-4024 |
| 519459099 | | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519478886 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519459102 | | Carters Credit Card Comenity Capital Bank, PO Box 650113, Dallas, TX 75265-0113 |
| 519459106 | | Comenity Bank Carters Credit Card PO Box 1821, 3075 Loyalty Cir., Columbus, OH 43219-3673 |
| 519459116 | + | ISN Corporation, Attention Secretary Held, 2000 N. Classen Blvd, Ste. 3200, Oklahoma City, OK 73106-6034 |
| 519459121 | | New Jersey HealthcareSpec,PC, PO Box 412138, Boston, MA 02241-2138 |
| 519459124 | | Orlando, FL 32896-5004, Prosper Funding LLC, 2210 Main Street, Ste 300, San Francisco, CA 94105 |
| 519459125 | | Prosper Marketplace, Inc., 221 Main Street, Ste. 300, San Francisco, CA 94105-1909 |
| 519459127 | ++ | RAUSCH STURM LLP, 250 N SUNNYSLOPE ROAD, BROOKFIELD WI 53005-4824 address filed with court:, Rausch Sturm LLP Paul John Klemm, Esq., 250 North Sunnyslope Road, Ste 300, Brookfield, WI 53005 |
| 519459128 | | Sears Credit Cards-Citi, PO Box 70604, Philadelphia, PA 19176-0604 |
| 519459138 | + | Upstart Loans, Upstart Pass Through Trust Series 2021-S, PO Box 1503, San Carlos, CA 94070-7503 |
| 519495790 | + | Upstart Network, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519459139 | | Upstart/Finewise Bank, 2950 S. Delaware St., San Mateo, CA 94403-2577 |
| 519459140 | | Wawa Credit Card, PO Box 9001101, Louisville, KY 40290-1101 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519513304 | + | Email/Text: bnc@bass-associates.com | Apr 07 2022 20:36:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519459096 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:41:59 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519487269 | | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:41:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519459098 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 07 2022 20:37:00 | Bank of America, 100 N. Tryon St., Charlotte, NC 28202-4024 |
| 519459097 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 07 2022 20:36:00 | Bank of America, 4060 Ogletown Stanton Rd., Newark, DE 19713 |
| 519459105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:41:59 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519459100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 07 2022 20:41:56 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519478322 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2022 20:41:46 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519459101 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2022 20:41:56 | Capital One/Walmart, PO Box 4069, Carol Stream, IL 60197-4069 |
| 519459107 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2022 20:37:00 | Comenity Bank/Talbots Bankruptcy Department, PO Box 182225, Columbus, OH 43218-2125 |
| 519459108 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2022 20:37:00 | Comenity Capital Carter, PO Box 1821, 3075 Loyalty Cir., Columbus, OH 43219-3673 |
| 519459109 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 07 2022 20:41:45 | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519459110 | | Email/Text: mrdiscen@discover.com | Apr 07 2022 20:36:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 519463404 | | Email/Text: mrdiscen@discover.com | Apr 07 2022 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519459111 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 07 2022 20:37:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 519459112 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 07 2022 20:37:00 | Indigo Celtic Bank, PO Box 44 99, Beaverton, OR 97076-4499 |
| 519459113 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 07 2022 20:37:00 | Indigo Mastercard, Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 519459115 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 20:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519459103 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2022 20:41:49 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 519459104 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2022 20:41:49 | Chase Freedom, PO Box 155458, Wilmington, DE 19886-5548 |
| 519459117 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2022 20:41:50 | JPMCB, 301 N. Walnut Street, Fl. 9, Wilmington, DE 19801-3971 |
| 519459118 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2022 20:41:49 | JPMCB Card Services, 301 N. Walnut Street, Fl. 9, Wilmington, DE 19801-3971 |
| 519491177 | + | Email/Text: RASEBN@raslg.com | Apr 07 2022 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519459119 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 07 2022 20:36:00 | KOHLS/Capital One, PO Box 3084, Milwaukee, WI 53201-3084 |
| 519506031 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 07 2022 20:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519497243 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 20:41:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519459120 | + | Email/Text: Documentfiling@lciinc.com | Apr 07 2022 20:37:00 | Lending Club, 595 Market Street, Ste. 200, San Francisco, CA 94105-2802 |
| 519513302 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2022 20:41:58 | Portfolio Recovery Associates, LLC, c/o SEARS, POB 41067, Norfolk, VA 23541 |
| 519459122 | | Email/Text: recovery@paypal.com | Apr 07 2022 20:36:00 | Paypal, PO Box 45950, Omaha, NE 68145-0950 |
| 519514206 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 20:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519459126 | | Email/Text: bankruptcyteam@quickenloans.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 07 2022 20:37:00 | Quicken Loans, Inc., Quicken Rocket Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 519459127 | | Email/Text: lawfirmTX@rsieh.com | Apr 07 2022 20:37:00 | Rausch Sturm LLP Paul John Klemm, Esq., 250 North Sunnyslope Road, Ste 300, Brookfield, WI 53005 |
| 519472353 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 20:37:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519459130 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:58 | SYNCB/Amazon PLCC, PO Box 960013, Orlando, FL 32896-0013 |
| 519459131 | | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:51 | SYNCB/JC Penneys, 4125 Winward Plz, Alpharetta, GA 30005-8738 |
| 519459133 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:45 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519459132 | | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:50 | SYNCB/PayPal Credit Card, 4125 Winward Plz, Alpharetta, GA 30005-8738 |
| 519459134 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:50 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 519459135 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:52 | SYNCB/TJX COS DC, PO Box 965015, Orlando, FL 32896-5015 |
| 519459129 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:41:53 | Sears/CBNA, PO Box 64 97, Sioux Falls, SD 57117-6497 |
| 519492966 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519460385 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519459136 | | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:57 | TJX Rewards/SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 519459137 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 07 2022 20:37:00 | Toyota Motor Credit, PO Box 105386, Atlanta, GA 30348-5386 |
| 519502152 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 07 2022 20:41:49 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519459138 | + | Email/Text: LCI@upstart.com | Apr 07 2022 20:37:00 | Upstart Loans, Upstart Pass Through Trust Series 2021-S, PO Box 1503, San Carlos, CA 94070-7503 |
| 519459139 | | Email/Text: LCI@upstart.com | Apr 07 2022 20:37:00 | Upstart/Finewise Bank, 2950 S. Delaware St., San Mateo, CA 94403-2577 |
| 519459141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:53:20 | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519459123 | | PayPal, c/o Synchrony Bank, PO Box 965004 |
| 519459114 | *+ | Indigo- Celtic Bank, PO Box 44 99, Beaverton, OR 97076-4499 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rhonda E. Greenblatt | on behalf of Debtor Christina Ann Wodazak regrose64@yahoo.com greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4