**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 21-19539 (JNP)**

Monthly Payment: $1,602.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

Christina A. Wodazak
237 Asbury Road
Egg Harbor Township, NJ 08234

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $1,602.26 | 02/02/2022 | $1,602.26 | 03/02/2022 | $1,602.26 | 04/04/2022 | $1,602.26 |
| 05/02/2022 | $1,602.00 | 06/06/2022 | $1,602.00 | 07/05/2022 | $1,602.00 | 08/01/2022 | $1,602.00 |
| 09/06/2022 | $1,602.00 | 10/03/2022 | $1,602.00 | 11/07/2022 | $1,602.00 | 12/05/2022 | $1,602.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTINA A. WODAZAK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $2,750.00 | $2,750.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $2,940.75 | $459.12 | $2,481.63 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $5,327.70 | $831.80 | $4,495.90 | $0.00 |
| 3 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITICARDS CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, N.A. | 33 | $601.88 | $93.97 | $507.91 | $0.00 |
| 8 | CARTERS CREDIT CARD COMENITY CAPITAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $3,806.58 | $594.31 | $3,212.27 | $0.00 |
| 10 | CHASE FREEDOM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMENITY BANK CARTERS CREDIT CARD PO BOX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COMENITY BANK/TALBOTS BANKRUPTCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY CAPITAL CARTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $2,169.13 | $338.66 | $1,830.47 | $0.00 |
| 15 | DISCOVER BANK | 33 | $15,035.42 | $2,347.42 | $12,688.00 | $0.00 |
| 16 | GENESIS FS CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISN CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | INDIGO CELTIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | INDIGO MASTERCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | INDIGO- CELTIC BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 28 | $1,262.40 | $1,262.40 | $0.00 | $0.00 |
| 22 | JPMCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $3,290.83 | $513.78 | $2,777.05 | $0.00 |
| 24 | KOHL'S | 33 | $2,158.25 | $336.95 | $1,821.30 | $0.00 |
| 25 | LENDING CLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | NEW JERSEY HEALTHCARESPEC,PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ORLANDO, FL 32896-5004 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,783.81 | $434.63 | $2,349.18 | $0.00 |
| 29 | PAYPAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | RAUSCH STURM LLP PAUL JOHN KLEMM, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SYNCB/JC PENNEYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SYNCHRONY BANK | 33 | $5,675.18 | $886.04 | $4,789.14 | $0.00 |
| 36 | SYNCB/PAYPAL CREDIT CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SYNCB/QVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | SYNCB/TJX COS DC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SEARS CREDIT CARDS-CITI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,864.58 | $603.36 | $3,261.22 | $0.00 |
| 41 | LVNV FUNDING, LLC | 33 | $4,140.73 | $646.48 | $3,494.25 | $0.00 |
| 42 | TOYOTA MOTOR CREDIT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | PINK DOGWOOD 13, LLC | 33 | $11,899.49 | $1,857.82 | $10,041.67 | $0.00 |
| 45 | UPSTART NETWORK, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | WAWA/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | WAWA CREDIT CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | RHONDA E. GREENBLATT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | DEPARTMENT OF THE TREASURY | 33 | $50.75 | $7.92 | $42.83 | $0.00 |
| 51 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | ACCELERATED INVENTORY MANAGEMENT, LLC | 33 | $2,807.71 | $438.36 | $2,369.35 | $0.00 |
| 53 | ACCELERATED INVENTORY MANAGEMENT, LLC | 33 | $11,101.90 | $1,733.29 | $9,368.61 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 60.00 | $1,602.00 |
| 01/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $19,225.04 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,464.23 |
| Arrearages: | ($1.04) |
| Attorney: | RHONDA E. GREENBLATT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**