Printed on: 12/31/2024 
ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-19539 (JNP)**

Monthly Payment: $1,602.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Christina A. Wodazak
237 Asbury Road
Egg Harbor Township, NJ 08234

**For the period of 01/01/2024 to 12/31/2024**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2024 | $1,602.00 | 02/08/2024 | $1,602.00 | 03/04/2024 | $1,602.00 | 04/08/2024 | $1,602.00 |
| 05/10/2024 | $1,602.00 | 06/10/2024 | $1,602.00 | 07/11/2024 | $1,602.00 | 08/12/2024 | $1,602.00 |
| 09/09/2024 | $1,602.00 | 10/04/2024 | $1,602.00 | 11/05/2024 | $1,602.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTINA A. WODAZAK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $2,750.00 | $2,750.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $2,940.75 | $1,773.79 | $1,166.96 | $658.74 |
| 2 | BANK OF AMERICA, N.A. | 33 | $5,327.70 | $3,213.53 | $2,114.17 | $1,193.39 |
| 3 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITICARDS CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, N.A. | 33 | $601.88 | $363.04 | $238.84 | $134.82 |
| 8 | CARTERS CREDIT CARD COMENITY CAPITAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $3,806.58 | $2,296.03 | $1,510.55 | $852.68 |
| 10 | CHASE FREEDOM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMENITY BANK CARTERS CREDIT CARD PO BOX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COMENITY BANK/TALBOTS BANKRUPTCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY CAPITAL CARTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $2,169.13 | $1,308.37 | $860.76 | $485.88 |
| 15 | DISCOVER BANK | 33 | $15,035.42 | $9,068.99 | $5,966.43 | $3,367.91 |
| 16 | GENESIS FS CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISN CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | INDIGO CELTIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | INDIGO MASTERCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | INDIGO- CELTIC BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 28 | $1,262.40 | $1,262.40 | $0.00 | $0.00 |
| 22 | JPMCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $3,290.83 | $1,984.95 | $1,305.88 | $737.16 |
| 24 | KOHL'S | 33 | $2,158.25 | $1,301.80 | $856.45 | $483.46 |
| 25 | LENDING CLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | NEW JERSEY HEALTHCARESPEC,PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ORLANDO, FL 32896-5004 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,783.81 | $1,679.13 | $1,104.68 | $623.56 |
| 29 | PAYPAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | RAUSCH STURM LLP PAUL JOHN KLEMM, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SYNCB/JC PENNEYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | LVNV FUNDING, LLC | 33 | $5,675.18 | $3,423.13 | $2,252.05 | $1,271.23 |
| 36 | SYNCB/PAYPAL CREDIT CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SYNCB/QVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | SYNCB/TJX COS DC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SEARS CREDIT CARDS-CITI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,864.58 | $2,331.02 | $1,533.56 | $865.66 |
| 41 | LVNV FUNDING, LLC | 33 | $4,140.73 | $2,497.58 | $1,643.15 | $927.53 |
| 42 | TOYOTA MOTOR CREDIT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | PINK DOGWOOD 13, LLC | 33 | $11,899.49 | $7,177.48 | $4,722.01 | $2,665.47 |
| 45 | UPSTART NETWORK, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | WAWA/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | WAWA CREDIT CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | RHONDA E. GREENBLATT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | DEPARTMENT OF THE TREASURY | 33 | $50.75 | $30.61 | $20.14 | $11.38 |
| 51 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | ACCELERATED INVENTORY MANAGEMENT, LLC | 33 | $2,807.71 | $1,693.54 | $1,114.17 | $628.92 |
| 53 | ACCELERATED INVENTORY MANAGEMENT, LLC | 33 | $11,101.90 | $6,696.38 | $4,405.52 | $2,486.82 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 60.00 | $1,602.00 |
| 01/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $17,622.00 |
| Total paid to creditors this period: | $17,394.61 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,600.96 |
| Attorney: | RHONDA E. GREENBLATT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**