Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-19539 (JNP)**

Monthly Payment: $1,602.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Christina A. Wodazak
237 Asbury Road
Egg Harbor Township, NJ 08234

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2025 | $1,602.00 | 02/20/2025 | $1,602.00 | 03/10/2025 | $1,602.00 | 04/03/2025 | $1,602.00 |
| 05/12/2025 | $1,602.00 | 06/03/2025 | $1,602.00 | 07/14/2025 | $1,602.00 | 08/11/2025 | $1,602.00 |
| 09/08/2025 | $1,602.00 | 10/06/2025 | $1,602.00 | 10/07/2025 | $1,602.00 | 10/08/2025 | $-1,602.00 |
| 11/17/2025 | $1,602.00 | 12/08/2025 | $1,602.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTINA A. WODAZAK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $2,750.00 | $2,750.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $2,940.75 | $2,374.39 | $566.36 | $655.93 |
| 2 | BANK OF AMERICA, N.A. | 33 | $5,327.70 | $4,301.64 | $1,026.06 | $1,188.34 |
| 3 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITICARDS CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, N.A. | 33 | $601.88 | $485.96 | $115.92 | $134.25 |
| 8 | CARTERS CREDIT CARD COMENITY CAPITAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $3,806.58 | $3,073.47 | $733.11 | $849.04 |
| 10 | CHASE FREEDOM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMENITY BANK CARTERS CREDIT CARD PO BOX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COMENITY BANK/TALBOTS BANKRUPTCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY CAPITAL CARTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $2,169.13 | $1,751.37 | $417.76 | $483.83 |
| 15 | DISCOVER BANK | 33 | $15,035.42 | $12,139.75 | $2,895.67 | $3,353.66 |
| 16 | GENESIS FS CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISN CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | INDIGO CELTIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | INDIGO MASTERCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | INDIGO- CELTIC BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 28 | $1,262.40 | $1,262.40 | $0.00 | $0.00 |
| 22 | JPMCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $3,290.83 | $2,657.04 | $633.79 | $734.01 |
| 24 | KOHL'S | 33 | $2,158.25 | $1,742.60 | $415.65 | $481.39 |
| 25 | LENDING CLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | NEW JERSEY HEALTHCARESPEC,PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ORLANDO, FL 32896-5004 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,783.81 | $2,247.68 | $536.13 | $620.94 |
| 29 | PAYPAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | RAUSCH STURM LLP PAUL JOHN KLEMM, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SYNCB/JC PENNEYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | LVNV FUNDING, LLC | 33 | $5,675.18 | $4,582.20 | $1,092.98 | $1,265.86 |
| 36 | SYNCB/PAYPAL CREDIT CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SYNCB/QVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | SYNCB/TJX COS DC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SEARS CREDIT CARDS-CITI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,864.58 | $3,120.29 | $744.29 | $862.00 |
| 41 | LVNV FUNDING, LLC | 33 | $4,140.73 | $3,343.26 | $797.47 | $923.57 |
| 42 | TOYOTA MOTOR CREDIT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | PINK DOGWOOD 13, LLC | 33 | $11,899.49 | $9,607.77 | $2,291.72 | $2,654.19 |
| 45 | UPSTART NETWORK, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | WAWA/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | WAWA CREDIT CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | RHONDA E. GREENBLATT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | DEPARTMENT OF THE TREASURY | 33 | $50.75 | $31.55 | $19.20 | $11.31 |
| 51 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | ACCELERATED INVENTORY MANAGEMENT, LLC | 33 | $2,807.71 | $2,266.97 | $540.74 | $626.26 |
| 53 | ACCELERATED INVENTORY MANAGEMENT, LLC | 33 | $11,101.90 | $8,963.79 | $2,138.11 | $2,476.27 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 37.00 | $0.00 |
| 02/01/2025 | Paid to Date | $57,673.04 |
| 03/01/2025 | 22.00 | $1,602.00 |
| 01/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $19,224.00 |
| Total paid to creditors this period: | $17,320.85 |
| Undistributed Funds on Hand: | $1,451.24 |
| Arrearages: | ($1,602.00) |
| Attorney: | RHONDA E. GREENBLATT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**