| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Christina A. Wodazak,<br>Debtors | Case No.: 21-19539<br>Chapter: 13<br>Judge: Poslusny, Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Christina A. Wodazak, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. X☐ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 09/21/2026 /s/ Christina A. Wodazak
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**